## MYERS *v.* THE STATE.

*Saturday,
December* 16.

APPEAL from the *Henry* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is reversed for the reasons given in *Spencer* v. *The State*, 5 Ind. R. 41, and *Simington* v. *The State, id.* 479; the questions arising in the record of each case being the same.

The judgment is reversed. Cause remanded, &c.

*J. T. Elliott, J. H. Mellett* and *D. Nation*, for the appellant.

*E. B. Martindale*, for the state.